IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JASON BARNABY,

        *Plaintiff*,

v.

GREEN TREE SERVICING, LLC,

        *Defendant*.

Case No. 13-CV-1069-CM-TJJ

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have resolved all issues in this case. They request that an order of dismissal, a form of which has been contemporaneously submitted to the court, be entered dismissing this matter with prejudice to refiling.

        Respectfully submitted,

| BRUCE, BRUCE & LEHAM, LLC | JOSEPH HOLLANDER & CRAFT, LLC |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| /s/ Elizabeth A. Carson (11356) | /s/ Michelle Moe Witte (22620) |
| Elizabeth A. Carson (11356) | Ross A. Hollander (09010) |
| P.O. Box 75037 | Michelle Moe Witte (22620) |
| Wichita, Kansas 67275-5037 | 500 North Market Street |
| Tel: (316) 264-8000 | Wichita, Kansas 67214 |
| Fax: (316) 267-4488 | Tel: (316) 262-9393 |
| Lcarson@KsAdvocates.com | Fax: (316) 262-9006 |
| | rhollander@josephhollander.com |
| | mmoe@josephhollander.com |